**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6512**

─────────────

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

    versus

DOUGLAS ALAN JARVIS,

                          Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (CR-91-70-N, CA-97-524-2)

─────────────

Submitted:  July 30, 1998        Decided:  August 26, 1998

─────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Douglas Alan Jarvis, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and the court's subsequent denial of his motion for reconsideration of his § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jarvis, Nos. CR-91-70-N; CA-97-524-2 (E.D. Va. Dec. 9, 1997 and Feb. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2